**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 192 EAL 2017
                               :
           Respondent        :
                               :  Petition for Allowance of Appeal from
                               :  the Order of the Superior Court
           v.              :
                               :
                               :
JAMES E. FRANKS,              :
                               :
           Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.